This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38566**

**ROYLENE WHATLEY,**

Plaintiff-Appellant,

v.

**DEPARTMENT OF CORRECTIONS; PNM-NORTH, GREG MARCANTEL; CENTURION MEDICARE; and DR. BEN MARTINEZ,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Denise Barela-Shepard, District Judge**

Roylene Whatley
Las Cruces, NM

Pro Se Appellant

Park & Associates, LLC
Alfred A. Park
Lawrence M. Marcus
Albuquerque, NM

for Appellees

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}**     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**MEGAN P. DUFFY, Judge**